IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN DAMON PATTERSON,  No. 2:14-cv-1992-JAM-CMK-P

    Plaintiff,

    vs.  <u>ORDER</u>

UNITED STATES,

    Defendant.

/

    Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice. <u>See</u> Fed. R. Civ. P. 41(a)(1)(A)(i). All pending motion are denied as moot. The Clerk of the Court is directed to close this file.

    IT IS SO ORDERED.

DATED: November 18, 2014

                                                      **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE